# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:03-cv-01603

Genentech Inc v. The Trustees of Columbia University of the City of
Assigned to: Hon. Vaughn R. Walker
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 15:1126 Patent Infringement

Date Filed: 04/15/03
Jury Demand: Defendant
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Genentech Inc**                represented by   **Adrian M. Pruetz**
                                                  Quinn Emanuel Urquhart Oliver & Hedges
                                                  865 South Figueroa Street
                                                  10th Floor
                                                  Los Angeles, CA 90017-2543
                                                  213 624-7707
                                                  Fax : 213 624-0643
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Charles K. Verhoeven**
                                                  Quinn Emanuel Urquhart Oliver & Hedges L
                                                  555 Twin Dolphin Dr.
                                                  Suite 560
                                                  Redwood Shores, Ca 94065
                                                  650-620-4500
                                                  Email: charlesverhoeven@quinnemanuel.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **John B. Quinn**
                                                  Quinn Emanuel Urquhart Oliver & Hedges,
                                                  201 Sansome St. 6th floor
                                                  San Francisco, CA 94014-2303
                                                  415-986-5700
                                                  Fax : 415-986-5707
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Vernon M. Winters**

Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
650-802-3005
Fax : 650-802-3100
Email: vern.winters@weil.com
*TERMINATED: 06/05/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradford Schmidt**
Weil Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3000
Fax : 650-802-3100
*TERMINATED: 06/05/2003*
*ATTORNEY TO BE NOTICED*

**Matthew D. Powers**
Weil Gotshal & Manges
201 Redwood Shores Pkwy
Redwood Shores, CA 94065
650-802-3000
Fax : 650-802-3100
Email: matthew.powers@weil.com
*TERMINATED: 06/05/2003*
*ATTORNEY TO BE NOTICED*

**Rachel Heather Smith**
Quinn Emanuel Urquhart Oliver &
Hedges L
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax : 415-875-6700
Email: rachelsmith@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**William Paul Schuck**
Quinn Emanuel Urquhart Oliver &
Hedges L
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Email: paulschuck@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Victoria F. Maroulis**
Quinn Emanuel Urquhart Oliver &

Hedges L
555 Twin Dolphin Drive, Suite 150
Redwood Shores, CA 94065
650/620-4500
Email: vfm@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

---

| | | |
|---|---|---|
| **The Trustees of Columbia University of the City of New York** | represented by | **DAVID ISAAC GINDLER, ESQ.** IRELL & MANELLA LLP 1800 Avenue of the Stars Suite 900 Los Angeles, CA 90067-4276 (310) 277-1010 Email: DGindler@Irell.com *ATTORNEY TO BE NOTICED* |
| | | **JASON GEORGE SHEASBY, ESQ.** IRELL & MANELLA LLP 1800 Avenue of the Stars Suite 900 Los Angeles, CA 90067-4276 (310) 277-1010 Email: JSheasby@Irell.com *ATTORNEY TO BE NOTICED* |

| Filing Date | # | Docket Text |
|---|---|---|
| 04/15/2003 | 1 | COMPLAINT /*issued summons* against The Trustees of Columbia University of the City of New York (Filing fee $150 receipt number 3346414). Filed by Genentech Inc. (ga, ) (Entered: 04/16/2003) |
| 04/15/2003 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 8/6/2003. Case Management Conference set for 8/13/2003 at 10:30 AM.. Signed by Judge James Larson on 4/15/03. (Attachments: # 1 Standing Order)(ga, ) (Entered: 04/16/2003) |
| 04/15/2003 | | CASE DESIGNATED for Electronic Filing. (ga, ) (Entered: 04/16/2003) |
| 04/15/2003 | | REPORT on the filing or determination of an action regarding *Patent* (cc: form mailed to register). (ga, ) (Entered: 04/16/2003) |
| | | |

| 04/16/2003 | 3 | Declination to Proceed Before a U.S. Magistrate Judge by Genentech Inc & *Request for Reassignment to a United States District Judge*. (Winters, Vernon) (Entered: 04/16/2003) |
|---|---|---|
| 04/21/2003 | 4 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (wh, ) (Entered: 04/21/2003) |
| 04/21/2003 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge Vaughn R. Walker for all further proceedings. Judge James Larson no longer assigned to case. Signed by Executive Committee on 4/21/03. (as, ) (Entered: 04/21/2003) |
| 06/05/2003 | 6 | Substitution of Attorney filed by Genentech Inc. (Maroulis, Victoria) Modified on 6/10/2003 (hdj, ). (Entered: 06/05/2003) |
| 06/26/2003 | 7 | First AMENDED COMPLAINT against The Trustees of Columbia University of the City of New York. Filed by Genentech Inc. (Attachments: # 1 Exhibit Exhibit 1: U.S. Patent No. 4,399,216# 2 Exhibit 2: U.S. Patent No. 4,634,665# 3 Exhibit 3: U.S. Patent No. 5,179,017# 4 Exhibit 4: U.S. Patent No. 6,455,275)(Schuck, William) (Entered: 06/26/2003) |
| 07/14/2003 | 8 | ANSWER to Amended Complaint by The Trustees of Columbia University of the City of New York. (GINDLER, DAVID) (Entered: 07/14/2003) |
| 07/30/2003 | 9 | CLERK'S NOTICE : Initial Case Management Conference set for 10/7/2003 at 09:00 AM. (cgd, ) (Entered: 07/30/2003) |
| 09/23/2003 | 10 | STIPULATION *Extending Time To Serve Federal Rules of Civil Procedure Rule 26(a)(1) Initial Disclosures* by The Trustees of Columbia University of the City of New York. (GINDLER, DAVID) (Entered: 09/23/2003) |
| 09/30/2003 | 11 | JOINT CASE MANAGEMENT STATEMENT filed by Genentech Inc. (Attachments: # 1 Exhibit A: Immunex Corp. v. Columbia Complaint# 2 Exhibit B: Biogen Inc. v. Columbia Complaint# 3 Exhibit C: Wyeth v. Columbia Complaint# 4 Exhibit D: Genentech, Inc. v. Columbia Complaint)(Schuck, William) (Entered: 09/30/2003) |
| 10/14/2003 | 12 | Minute Entry: Initial Case Management Conference held on 10/7/2003 before Judge Vaughn R. Walker. Claim Construction Hearing or a Further Case Management Conference is scheduled for 3/29/2004 at 9:00AM. (not reported) (cgd, COURT STAFF) (Entered: 10/14/2003) |
| 10/14/2003 | | Set/Reset Hearings: Claims Construction Hearing or Further Case |

| | | |
|---|---|---|
| | | Management Conference set for 3/29/2004 09:00 AM. (cgd, COURT STAFF) (Entered: 10/14/2003) |
| 11/05/2003 | 13 | Amended Disclosure Statement by The Trustees of Columbia University of the City of New York. (GINDLER, DAVID) Modified on 11/14/2003 (hdj, COURT STAFF). (Entered: 11/05/2003) |
| 11/07/2003 | 14 | Joint Pre-Claim Construction Schedule by Genentech Inc. (Schuck, William) Modified on 11/14/2003 (hdj, COURT STAFF). (Entered: 11/07/2003) |
| 11/17/2003 | 15 | NOTICE of Related Case *Submitted By The Trustees of Columbia University In The City Of New York*. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Entered: 11/17/2003) |
| 11/18/2003 | 16 | NOTICE by Genentech Inc *Letter Regarding Discovery Pursuant to Standing Order Paragraph 2* by Genentech Inc. (Smith, Rachel) (Filed on 11/18/2003) (Entered: 11/18/2003) |
| 11/19/2003 | 17 | Letter Brief *In Response To Genentech's 11/18/03 Letter Brief Regarding Discovery* filed by The Trustees of Columbia University of the City of New York. (GINDLER, DAVID) (Filed on 11/19/2003) (Entered: 11/19/2003) |
| 11/20/2003 | 18 | STIPULATION AND ORDER re JOINT PRE-CLAIM CONSTRUCTION SCHEDULE. Signed by Judge Vaughn R. Walker on 11/20/2003. (cgd, COURT STAFF) (Filed on 11/20/2003) (Entered: 11/20/2003) |
| 11/21/2003 | 19 | NOTICE of Related Case re 15 *Opposition to Columbia's Notice of Related Case*. (Schuck, William) (Filed on 11/21/2003) (Entered: 11/21/2003) |
| 11/26/2003 | 20 | NOTICE by The Trustees of Columbia University of the City of New York *Notice of Filing of Motion With The Judicial Panel On Multidistrict Litigation To Transfer Pursuant To 28 U.S.C. s 1407* (Attachments: # 1 Exhibit A, Part 1# 2 Exhibit A, Part 2# 3 Exhibit A, Part 3# 4 Exhibit A, Part 4# 5 Exhibit A, Part 5# 6 Exhibit A, Part 6# 7 Exhibit A, Part 7# 8 Exhibit A, Part 8# 9 Exhibit A, Part 9# 10 Exhibit A, Part 10# 11 Exhibit A, Part 11# 12 Exhibit A, Part 12# 13 Exhibit A, Part 13# 14 Exhibit A, Part 14)(SHEASBY, JASON) (Filed on 11/26/2003) (Entered: 11/26/2003) |
| 11/26/2003 | 21 | RELATED CASE ORDER: C03-1603 AND C03-4875 ARE NOT RELATED as defined by Civil L.R.3-12(b).. Signed by Judge Vaughn R. Walker on 11/26/2003. (cgd, COURT STAFF) (Filed on 11/26/2003) (Entered: 11/26/2003) |

| 12/02/2003 | 22 | ORDER. The court finds it appropriate to stay discovery in this case for such time as the JPML has pending motions regarding this litigation. Signed by Judge Walker on 12/2/03. (vrwlc1, COURT STAFF) (Filed on 12/2/2003) (Entered: 12/02/2003) |
|---|---|---|
| 12/09/2003 | 23 | STIPULATION *to Stay Local Patent Rules Disclosures* by Genentech Inc. (Smith, Rachel) (Filed on 12/9/2003) (Entered: 12/09/2003) |
| 12/10/2003 | 24 | MOTION Motion re Royalties and Escrow filed by Genentech Inc. Motion Hearing set for 2/19/2004 02:00 PM. (Attachments: # 1 Proposed Order)(Smith, Rachel) (Filed on 12/10/2003) (Entered: 12/10/2003) |
| 12/10/2003 | 25 | Declaration of Victoria F. Maroulis in Support of 24 *Genentech's Motion re Royalties and Escrow* filed by Genentech Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I) (Related document(s)24) (Smith, Rachel) (Filed on 12/10/2003) (Entered: 12/10/2003) |
| 12/17/2003 | 26 | ORDER. The court hereby TERMINATES plaintiff's motion as an administrative matter. The parties are DIRECTED to keep the court apprised of any developments in the JPML proceedings. Signed by Judge Walker on 12/17/2003. (vrwlc1, COURT STAFF) (Filed on 12/17/2003) (Entered: 12/17/2003) |
| 02/06/2004 | 27 | ORDER by Judge Vaughn R. Walker granting 6 Motion to Substitute Attorney. Because the firm Quinn Emanuel Urquhart Oliver & Hedges makes a simultaneous appearance as substitute counsel, the court GRANTS plaintiff's motion (Doc # 78). (cgd, COURT STAFF) (Filed on 2/6/2004) (Entered: 02/06/2004) |
| 02/06/2004 | 28 | AMENDED ORDER : Plaintiff Genentech moves the court to withdraw the firm Weil Gotshal & Manges LLP as attorneys in the case. Doc # 6. Because the firm Quinn Emanuel Urquhart Oliver & Hedges makes a simultaneous appearance as substitute counsel, the court GRANTS plaintiff's motion (Doc # 6). See Civ LR 11-5. Signed by Judge Vaughn R. Walker on 2/6/2004. (cgd, COURT STAFF) (Filed on 2/6/2004) (Entered: 02/06/2004) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 04/12/2004 13:13:48 |

| PACER Login:    | us2510        | Client Code:  |              |
|-----------------|---------------|---------------|--------------|
| Description:    | Docket Report | Case Number:  | 3:03-cv-01603|
| Billable Pages: | 3             | Cost:         | 0.21         |