UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:<br>COLUMBIA UNIVERSITY<br>PATENT LITIGATION | C. A. No. M.D.L. No. 1592 |

## MOTION OF GENENTECH, INC.
## FOR LEAVE OF COUNSEL TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned members of the Bar of this Court hereby move for an Order permitting John B. Quinn, Adrian M. Pruetz, Charles K. Verhoeven, Victoria F. Maroulis and W. Paul Schuck of the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, to appear and practice *pro hac vice* before the Court to represent plaintiff Genentech, Inc. ( "Genentech") in the above-captioned case. In support of this motion, undersigned counsel respectfully states as follows:

1. John B. Quinn, Adrian M. Pruetz, Charles K. Verhoeven, Victoria F. Maroulis and W. Paul Schuck are attorneys in the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP.

2. As set forth in the affidavits filed herewith, John B. Quinn, Adrian M. Pruetz, Charles K. Verhoeven, Victoria F. Maroulis and W. Paul Schuck are members in good standing of the bar in every jurisdiction in which they have been admitted to practice, including but not limited to the bar of the state of California; have never been the subject of any professional disciplinary actions and do not have any complaints or other proceedings pending against them before any disciplinary board, commission, court or bar association; and are familiar with the Local Rules of this Court.

3. Undersigned counsel requests that this Court allow the motion so that John B. Quinn, Adrian M. Pruetz, Charles K. Verhoeven, Victoria F. Maroulis and W. Paul Schuck may file pleadings and appear and be heard at all proceedings in this case on behalf of Genentech.  The appearance and active participation of John B. Quinn, Adrian M. Pruetz, Charles K. Verhoeven, Victoria F. Maroulis and W. Paul Schuck will facilitate the proper presentation of Genentech's position to this Court.

4. Undersigned counsel has appeared in this action on behalf of Genentech by signing the Statement Pursuant to the Court's Memorandum and Order of April 9, 2004, Submitted by Genentech, Inc.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order permitting John B. Quinn, Adrian M. Pruetz, Charles K. Verhoeven, Victoria F. Maroulis and W. Paul Schuck to appear *pro hac vice* in this case.

Dated: May 6, 2004

Respectfully submitted,

GENENTECH, INC.,
By its attorneys,
/S/ Rebecca L. Shuffain
Daniel J. Gleason (BBO #194900)
Rebecca L. Shuffain (BBO #650715)
NUTTER, MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by hand upon all other counsel of record by first-class mail, postage prepaid, on May 6, 2004.

/S/ Rebecca L. Shuffain
Rebecca L. Shuffain

1320459.2