UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE:<br>COLUMBIA UNIVERSITY<br>PATENT LITIGATION | )<br>)<br>)<br>)<br>)<br>) | C. A. No. M.D.L. No. 1592 |

## AFFIDAVIT OF ADRIAN M. PRUETZ IN SUPPORT OF MOTION OF GENENTECH, INC. FOR LEAVE OF COUNSEL TO APPEAR PRO HAC VICE

I, Adrian M. Pruetz, hereby depose and state as follows:

1.      I am an attorney with the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South Figueroa St., 10th Floor, Los Angeles, CA 90017. I make this affidavit in support of the accompanying motion for my admission *pro hac vice*. I have personal knowledge of each of the facts stated below.

2.      I am a member in good standing of the bar of the state of California (admitted 1985). I was previously admitted in the state of Wisconsin (1982), but that membership is now inactive.

3.      I have never been suspended or disbarred in any jurisdiction, I have never been the subject of any professional disciplinary action, and I have never had any complaints or other proceedings pending against me before any disciplinary board, commission, court or bar association.

4.      My firm and I currently represent Genentech, Inc. in the action originally filed in the United States District Court for the Northern District of California and transferred to Massachusetts as part of the instant Multi-District Litigation.

5.    I am familiar with the Local Rules of this Court.

SIGNED under the penalties of perjury this _4th_ day of May, 2004.

_Adrian M. Pruetz_
Adrian M. Pruetz

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:
COLUMBIA UNIVERSITY
PATENT LITIGATION

)
)
)
)
)
)

C. A. No. M.D.L. No. 1592

## AFFIDAVIT OF CHARLES K. VERHOEVEN IN SUPPORT OF MOTION OF GENENTECH, INC. FOR LEAVE OF COUNSEL TO APPEAR PRO HAC VICE

I, Charles K. Verhoeven, hereby depose and state as follows:

1.    I am an attorney with the firm of Quinn Emanuel Urquhart Oliver &
Hedges, LLP, 50 California St., 22nd Floor, San Francisco, CA 94111. I make this
affidavit in support of the accompanying motion for my admission *pro hac vice*. I have
personal knowledge of each of the facts stated below.

2.    I am a member in good standing of the bars of the state of California
(admitted 1994) and the state of New York (1989).

3.    I have never been suspended or disbarred in any jurisdiction, I have never
been the subject of any professional disciplinary action, and I have never had any
complaints or other proceedings pending against me before any disciplinary board,
commission, court or bar association.

4.    My firm and I currently represent Genentech, Inc. in the action originally
filed in the United States District Court for the Northern District of California and
transferred to Massachusetts as part of the instant Multi-District Litigation.

5.    I am familiar with the Local Rules of this Court.

19999v1

SIGNED under the penalties of perjury this _30_ day of April, 2004.

Charles K. Verhoeven

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:<br>COLUMBIA UNIVERSITY<br>PATENT LITIGATION | ) <br> ) C. A. No. M.D.L. No. 1592 <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF JOHN B. QUINN IN SUPPORT OF MOTION OF GENENTECH, INC. FOR LEAVE OF COUNSEL TO APPEAR PRO HAC VICE

I, John B. Quinn, hereby depose and state as follows:

1.      I am an attorney with the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South Figueroa St., 10th Floor, Los Angeles, CA 90017. I make this affidavit in support of the accompanying motion for my admission *pro hac vice*. I have personal knowledge of each of the facts stated below.

2.      I am a member in good standing of the bars of the state of New York (admitted 1978) and the state of California (admitted 1979).

3.      I have never been suspended or disbarred in any jurisdiction, I have never been the subject of any professional disciplinary action, and I have never had any complaints or other proceedings pending against me before any disciplinary board, commission, court or bar association.

4.      My firm and I currently represent Genentech, Inc. in the action originally filed in the United States District Court for the Northern District of California and transferred to Massachusetts as part of the instant Multi-District Litigation.

5.      I am familiar with the Local Rules of this Court.

20000v1                                      1

SIGNED under the penalties of perjury this 30th day of April, 2004.

_____
John B. Quinn

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE:<br>COLUMBIA UNIVERSITY<br>PATENT LITIGATION | )<br>)<br>)<br>)<br>)<br>) | C. A. No. M.D.L. No. 1592 |

## AFFIDAVIT OF VICTORIA F. MAROULIS IN SUPPORT OF MOTION OF GENENTECH, INC. FOR LEAVE OF COUNSEL TO APPEAR PRO HAC VICE

I, Victoria F. Maroulis, hereby depose and state as follows:

1.    I am an attorney with the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Dr., Suite 560, Redwood Shores, CA 94065.  I make this affidavit in support of the accompanying motion for my admission *pro hac vice*.  I have personal knowledge of each of the facts stated below.

2.    I am a member in good standing of the bars of the state of California and the state of New York.

3.    I have never been suspended or disbarred in any jurisdiction, I have never been the subject of any professional disciplinary action, and I have never had any complaints or other proceedings pending against me before any disciplinary board, commission, court or bar association.

4.    My firm and I currently represent Genentech, Inc. in the action originally filed in the United States District Court for the Northern District of California and transferred to Massachusetts as part of the instant Multi-District Litigation.

20002v1                                                                         1

5.    I am familiar with the Local Rules of this Court.

SIGNED under the penalties of perjury this 3rd day of May, 2004.


_____
Victoria F. Maroulis

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:<br>COLUMBIA UNIVERSITY<br>PATENT LITIGATION | C. A. No. M.D.L. No. 1592 |

## AFFIDAVIT OF W. PAUL SCHUCK IN SUPPORT OF MOTION OF GENENTECH, INC. FOR LEAVE OF COUNSEL TO APPEAR PRO HAC VICE

I, W. Paul Schuck, hereby depose and state as follows:

1.      I am an attorney with the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California St., 22nd Floor, San Francisco, CA 94111. I make this affidavit in support of the accompanying motion for my admission *pro hac vice*. I have personal knowledge of each of the facts stated below.

2.      I am a member in good standing of the bars of the state of California (admitted 1999).

3.      I have never been suspended or disbarred in any jurisdiction, I have never been the subject of any professional disciplinary action, and I have never had any complaints or other proceedings pending against me before any disciplinary board, commission, court or bar association.

4.      My firm and I currently represent Genentech, Inc. in the action originally filed in the United States District Court for the Northern District of California and transferred to Massachusetts as part of the instant Multi-District Litigation.

5.      I am familiar with the Local Rules of this Court.

20001v1

1

SIGNED under the penalties of perjury this 30th day of April, 2004.

W. Paul Schuck

_W. Paul Schuck_