UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>COLUMBIA UNIVERSITY<br>PATENT LITIGATION | C. A. No. M.D.L. No. 1592 |

**MOTION OF GENENTECH, INC.
FOR LEAVE OF ROBERT W. STONE TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned members of the Bar of this Court hereby move for an Order permitting Robert W. Stone of the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, to appear and practice *pro hac vice* before the Court to represent plaintiff Genentech, Inc. ( "Genentech") in the above-captioned case.  In support of this motion, undersigned counsel respectfully states as follows:

1. Robert W. Stone is an attorney in the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP.

2. As set forth in the affidavit filed herewith, Robert W. Stone is a member in good standing of the bar of the state of California; has never been the subject of any professional disciplinary actions and does not have any complaints or other proceedings pending against them before any disciplinary board, commission, court or bar association; and is familiar with the Local Rules of this Court.

3. Undersigned counsel requests that this Court allow the motion so that Robert W. Stone may file pleadings and appear and be heard at all proceedings in this case on behalf of Genentech.  The appearance and active participation of Robert W. Stone will facilitate the proper presentation of Genentech's position to this Court.

4. Undersigned counsel has appeared in this action on behalf of Genentech by signing the Statement Pursuant to the Court's Memorandum and Order of April 9, 2004, Submitted by Genentech, Inc.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order permitting Robert W. Stone to appear *pro hac vice* in this case.

Dated: May 7, 2004

> Respectfully submitted,
>
> GENENTECH, INC.,
> By its attorneys,
> /S/ Rebecca L. Shuffain
> Daniel J. Gleason (BBO #194900)
> Rebecca L. Shuffain (BBO #650715)
> NUTTER, MCCLENNEN & FISH LLP
> World Trade Center West
> 155 Seaport Boulevard
> Boston, MA 02210
> (617) 439-2000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by hand upon all other counsel of record by first-class mail, postage prepaid, on May 7, 2004.

> /S/ Rebecca L. Shuffain
> Rebecca L. Shuffain

1325438.1