UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:<br>COLUMBIA UNIVERSITY<br>PATENT LITIGATION | ) C. A. No. M.D.L. No. 1592<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF ROBERT W. STONE IN SUPPORT OF MOTION OF GENENTECH, INC. FOR LEAVE OF COUNSEL TO APPEAR PRO HAC VICE

I, Robert W. Stone, hereby depose and state as follows:

1. I am an attorney with the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Dr., Suite 560, Redwood Shores, CA 94065. I make this affidavit in support of the accompanying motion for my admission *pro hac vice*. I have personal knowledge of each of the facts stated below.

2. I am a member in good standing of the bar of the state of California (admitted 1992).

3. I have never been suspended or disbarred in any jurisdiction, I have never been the subject of any professional disciplinary action, and I have never had any complaints or other proceedings pending against me before any disciplinary board, commission, court or bar association.

4. My firm and I currently represent Genentech, Inc. in the action originally filed in the United States District Court for the Northern District of California and transferred to Massachusetts as part of the instant Multi-District Litigation.

5. I am familiar with the Local Rules of this Court.

SIGNED under the penalties of perjury this 6th day of May, 2004.

_____
Robert W. Stone