UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  COLUMBIA UNIVERSITY PATENT LITIGATION | )  Civil Action No. 03-CV-10741 MLW<br>)<br>)  M.D.L. No. 1592<br>)<br>) |

### GENENTECH INC.'S CERTIFICATION OF CONFERENCE REGARDING COSTS AND ADR

Pursuant to paragraph 4 of the Court's Order dated May 27, 2004, plaintiff Genentech, Inc. ("Genentech") and its counsel of record, Quinn Emanuel Urquhart Oliver & Hedges, LLP hereby certify that Genentech and its counsel have conferred regarding:

(a) establishing a budget for this litigation, considering various alternative courses; and

(b) resolution of the litigation through the use of alternative dispute resolution programs.

Dated:  June 15, 2004                                    Respectfully submitted,


___/s/ Gary H. Loeb_____        ___/s/ W. Paul Schuck_____
Gary H. Loeb                                                              W. Paul Schuck (Cal. Bar No. 203717, admitted *pro hac vice*)
                                                                                    Charles K. Verhoeven (Cal. Bar No. 170151, admitted *pro hac vice*)

Plaintiff GENENTECH, INC.                              QUINN EMANUEL URQUHART
                                                                                    OLIVER & HEDGES, LLP
                                                                                    50 California Street, 22nd Floor
                                                                                    San Francisco, CA  94111
                                                                                    Telephone:  (415) 875-6600
                                                                                    Facsimile:  (415) 875-6700
                                                                                    paulschuck@quinnemanuel.com
                                                                                    charlesverhoeven@quinnemanuel.com

                                                                                    Attorneys for Plaintiff
                                                                                    GENENTECH, INC.

50656/70471.1