UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, <br><br> Defendant. | CIVIL ACTION No. 04-10741-MLW <br><br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

## STIPULATION

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between Plaintiff Genentech, Inc. ("Genentech") and Defendant The Trustees of Columbia University in the City of New York ("Columbia"), through their respective counsel of record, as follows:

WHEREAS, on April 15, 2003, Genentech filed the instant action entitled *Genentech, Inc. v. The Trustees of Columbia University in the City of New York*, originally designated in the Northern District of California as Case No. C 3-1603-VRW, and subsequently transferred to the District of Massachusetts as Case No. 04-10741-MLW ("Genentech I"), seeking a declaratory judgment of invalidity and unenforceability of U.S. Patent No. 6,455,275; and

WHEREAS, to address any possible objection to subject matter jurisdiction over Genentech I in light of *Gen-Probe Inc. v. Vysis, Inc.*, 359 F.3d 1376 (Fed. Cir. 2004), Genentech filed the related action entitled *Genentech, Inc. v. The Trustees of Columbia University in the City of New York* on May 14, 2004, in the Northern District of California, designated as Case No. 04-1910-WDB ("Genentech II").

WHEREAS on May 18, 2004, Genentech notified the Clerk of the Judicial Panel on Multidistrict Litigation, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel

BOS1377346.2

on Multidistrict Litigation, that Genentech II constitutes a "tag-along action" that should be transferred to the District of Massachusetts as part of MDL No. 1592 (MLW).

Accordingly, the following is STIPULATED AND AGREED by and between the parties, through their respective counsel of record:

1. Genentech I shall be dismissed without prejudice.

2. Each party shall bear its own costs and attorneys' fees in Genentech I.

3. The parties will not oppose a conditional transfer order transferring Genentech II to the District of Massachusetts as part of MDL No. 1592 (MLW).

Dated: June __, 2004

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _Adrian M. Pruetz /ups_
Adrian M. Pruetz
Attorneys for Plaintiff
Genentech, Inc.

Dated: June 12, 2004

IRELL & MANELLA LLP

By: _____
David I. Gindler
Attorneys for Defendant
The Trustees of Columbia University in the City of New York

BOS1377346.2

- 3 -

## ORDER

Pursuant to the Stipulation between Genentech and Columbia, IT IS ORDERED THAT:

1. Genentech I shall be dismissed without prejudice.

2. Each party shall bear its own costs and attorneys' fees in Genentech I.

3. The parties will not oppose a conditional transfer order transferring Genentech II to the District of Massachusetts as part of MDL No. 1592 (MLW).


Dated:            , 2004


_____
HON. MARK L. WOLF
UNITED STATES DISTRICT JUDGE